Clint W. Smith (010461)
UDALL SHUMWAY & LYONS, PLC
30 W. 1st Street
Mesa, AZ  85201
(480) 461-5302
(480) 461-2981 (fax)
cws@udallshumway.com
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re:<br><br>ROBERT A. SIMMONS and CHERYLLE YEVETTE HENDRICKS-SIMMONS,<br><br>Debtors. | Case No.:  09-bk-14421-CGC<br><br>RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY WELLS FARGO BANK |
|---|---|

Debtor, through counsel undersigned, hereby responds to the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank (Movant).  This Motion should be denied for the following reasons:

1. Debtors sent a cashier's check 2 weeks ago to Movant for the August 2009 mortgage payment.

2. Debtors sent today, via the undersigned's office, a cashier's check made payable to Movant to the attorneys for Movant for the remainder of the arrearages owed to Movant, bringing the mortgage account current.

3. Debtors will continue to be current on their mortgage payments.

WHEREFORE, Debtors respectfully request that this Court deny the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank.

RESPECTFULLY SUBMITTED this 21st day of October, 2009.

UDALL SHUMWAY & LYONS, PLC

By _____/s/_____
    Clint W. Smith
    Attorney for Debtors

A copy of the foregoing mailed
this 21st day of October, 2009, to

Tiffany & Bosco
2525 E. Camelback Rd., Third Fl.
Phoenix, AZ  85016
Attorney's for Movant

Russell Brown
3838 N. Central Ave., Suite 800
Phoenix, AZ 85012-1965

US Trustee's Office
230 N. First Ave., Suite 204
Phoenix, AZ  85003


     /s/ Stacey Tarwater